## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MIKEAL ODOM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) CIVIL ACTION 17-0074-WS-N |
| | ) |
| **BAHAMA BOB'S BEACHSIDE** | ) |
| **CAFE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This FLSA matter is before the Court on the parties' amended joint motion to approve settlement agreement. (Doc. 25).[1]

"Other than a section 216(c) payment supervised by the Department of Labor, there is only one context in which compromises of FLSA back wage or liquidated damage claims may be allowed: a stipulated judgment entered by a court which has determined that a settlement proposed by an employer and employees, in a suit brought by the employees under the FLSA, is a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *accord Nall v. Mal-Motels, Inc.,* 723 F.3d 1304, 1307-08 (11th Cir. 2013) (under *Lynn's Food Stores*, which "applies to settlements between former employees and employers" as well as current employees, an FLSA settlement not made under the supervision of the Secretary of Labor "is valid only if the district court entered a 'stipulated judgment' approving it"). The parties' motion is brought in light of *Lynn's* and *Nall*.

---

[1] Because the parties filed an amended motion, their original motion, (Doc. 23), is **denied as moot**.

Upon review of the complaint, the motion and other relevant documents in the file, the Court is satisfied that the settlement is fair and reasonable under the governing standards. The Court also notes that the concerns articulated in *Crabtree v. Volkert, Inc*., 2013 WL 593500 (S.D. Ala. 2013), are absent here.

For the reasons set forth above, the motion is **granted** and the settlement is **approved**. Judgment shall be entered accordingly by separate order.

DONE and ORDERED this 16th day of August, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE
